IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3019 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT F. RIGHTER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) On or before April 29, 2011, the defendant shall file a brief and an index of evidence in support of defendant's motion to suppress, (filing no. 13). The index shall include a copy of the warrant application, warrant and warrant return at issue.

2) The government's response to defendant's motion to suppress shall be filed on or before May 9, 2011.

DATED this 20th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge