IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3019 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ROBERT F. RIGHTER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the trial of this case is continued pending resolution of defendant's motion to suppress (filing no. 13).

DATED this 12th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge