IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3019 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ROBERT F. RIGHTER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant is released and shall comply with the conditions of release previously ordered along with the following additional conditions:

1) The defendant shall immediately evict his sister and her husband from living in defendant's residence.

2) The defendant shall remove from his residence all computer equipment, and any other electronic devices that can be used to connect to the internet.

3) The defendant shall live in the property he currently rents and shall not let anyone else move into that residence absent prior approval of pretrial services or the court.

4) The defendant shall remain enrolled, shall consistently attend, and shall maintain at least a "C" (2.0) grade in each of the college classes set forth in the class schedule filed of record. The defendant shall promptly produce a current grade report for each class upon the request of pretrial services.

4) The defendant may use a computer at his father's home, only under his father's supervision and only for the purpose of completing college course work. The may also use any public computer on the UNL campus solely for the purpose of completing college course work. Any other computer use or access to the internet is expressly prohibited.

DATED this 23rd day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge